HARKCOM ET AL., APPELLANTS AND CROSS-APPELLEES, *v.* OHIO
POWER COMPANY, APPELLEE AND CROSS-APPELLANT.

[Cite as *Harkcom v. Ohio Power Co.* (1994), 68 Ohio St.3d 305.]

(No. 92–2479—Submitted January 11, 1994—Decided February 16, 1994.)

---

*Spangenberg, Shibley, Traci, Lancione & Liber, Ellen Simon Sacks* and *James A. Marx,* for appellants and cross-appellees.

*Day, Ketterer, Raley, Wright & Rybolt, James R. Blake* and *Merle D. Evans III,* for appellee and cross-appellant.

---

The judgment of the court of appeals is reversed. The awards of $500,000 for compensatory damages and $200,000 for loss of consortium are reinstated. The award of $500,000 for punitive damages is vacated on the authority of *Preston v. Murty* (1987), 32 Ohio St.3d 334, 512 N.E.2d 1174.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.